### SAMANIEGO v. STATE. (No. 5863.)

(Court of Criminal Appeals of Texas. June 16, 1920.)

Appeal from District Court, El Paso County; W. D. Howe, Judge.

Alejandro Samaniego was convicted of theft, and he appeals. Affirmed.

Alvin M. Owsley, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of theft, and allotted a term of two years in the penitentiary.

The record is before us without a statement of facts or bill of exceptions. As the record is presented, there is nothing for this court to review.

The judgment will be affirmed.

---

### MILLER v. BEHYMER. (No. 2299.)

(Court of Civil Appeals of Texas. Texarkana. June 17, 1920.)

Appeal from District Court, Gregg County; Charles L. Brachfield, Judge.

Action by George Miller against Abe Behymer. From a judgment for defendant, plaintiff appeals. Affirmed.

F. B. Martin, of Longview, for appellant.
Edwin Lacy, of Longview, for appellee.

WILLSON, C. J. This suit was by appellant against appellee to try the title to a parcel of land 30 feet wide by 210 feet long in Longview. Appellant claimed he had the title by force of the statute of limitation of five years, and appellee claimed he had it by force of the statute of limitation of ten years. On special issues submitted to them the jury found in favor of appellee's contention, and against appellant's, whereupon the court rendered judgment that appellant take nothing by his suit.

The only assignments is that "the judgment is not supported by the evidence." But we think it is, and therefore overrule the assignment.

The judgment is affirmed.